UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

U.S. SPECIALTY INSURANCE COMPANY

Plaintiff(s),

v.

WINNING COLORS, INC., et al.

Defendant(s).

Case No. 3:23-cv-01494-AMO

**APPLICATION FOR ADMISSION OF ATTORNEY PRO HAC VICE** : ORDER (CIVIL LOCAL RULE 11-3)

I, John C. Patton, an active member in good standing of the bar of Georgia, hereby respectfully apply for admission to practice pro hac vice in the Northern District of California representing: U.S. Specialty Insurance Company in the above-entitled action. My local co-counsel in this case is William C. Swallow, an attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California.  Local co-counsel's bar number is: 298461.

271 17th Street NW., Suite 1720, Atlanta GA 30363

MY ADDRESS OF RECORD

404-410-3150

MY TELEPHONE # OF RECORD

jay.patton@clydeco.us

MY EMAIL ADDRESS OF RECORD

999 18th St Suite 1765N, Denver, CO 80202

LOCAL CO-COUNSEL'S ADDRESS OF RECORD

303-301-8950

LOCAL CO-COUNSEL'S TELEPHONE # OF RECORD

Bill.Swallow@clydeco.us

LOCAL CO-COUNSEL'S EMAIL ADDRESS OF RECORD

I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above; my bar number is: 567232.

A true and correct copy of a certificate of good standing or equivalent official document from said bar is attached to this application.

I have been granted pro hac vice admission by the Court 0 times in the 12 months preceding this application.

United States District Court
Northern District of California

I agree to familiarize myself with, and abide by, the Local Rules of this Court, especially the Standards of Professional Conduct for attorneys and the Alternative Dispute Resolution Local Rules. I declare under penalty of perjury that the foregoing is true and correct.

Dated: __March 31, 2026__

__John C. Patton_____
APPLICANT

ORDER GRANTING APPLICATION

FOR ADMISSION OF ATTORNEY PRO HAC VICE

IT IS HEREBY ORDERED THAT the application of __John C. Patton_____ is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance pro hac vice. Service of papers upon, and communication with, local co-counsel designated in the application will constitute notice to the party.

Dated: __April 1, 2026_____

_____
UNITED STATES DISTRICT/MAGISTRATE JUDGE

United States District Court
Northern District of California

Updated 11/2021

2