Yaron Shaham, Esq. (SBN 217192)
David C. Portillo (SBN 345930)
KAHANA & FELD LLP
2603 Main Street, Suite 900
Irvine, CA 92614
Tel: (949) 812-4781
Fax: (949) 245-7597
yshaham@kahanafeld.com
dportillo@kahanafeld.com

Attorneys for Defendant
ROLANDO RAMIREZ DBA GOLDEN COLORS PAINTING (ERRONEOUSLY SUED AS
GOLDEN COLORS PAINTING, INC.)

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA – SAN FRANCISCO DIVISION

| | |
|---|---|
| U.S. SPECIALTY INSURANCE COMPANY,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>WINNING COLORS, INC.; D2 PROPERTIES OF FLORIDA LLC; ANDREW NICHOLLS; ROB DESINO; CHRIS DESINO; MANUEL GARCIA; THE LAST DETAIL ROOFING; MONA MILFORD; BRUCE HUNTER; ORION KELLOGG; JULIAN BENEBIDES; ALICIA RIVAS PERAZA; CINDY GARCIA; ARCADIO GARCIA; ROSA ESTELA CONZALEZ; LEAH PULCHALKSI; AGNES PALOTS; ZEDEKIAH SCHILD; PACIFISIA INVESTMENTS & REALTY CO.; SYNERGY ENTERPRISES, INC.; GOLDEN COLORS PAINTING, INC.; PACIFIC REALTY & INVESTMENTS LLC; SENECA INSURANCE COMPANY; PHUKET THAI RESTAURANT; ANU ROJANAPAIRAT; LENNI ROJANAPAIRAT; and DOES 1 THROUGH 50, INCLUSIVE,<br><br>　　　　　Defendants. | Case No.: 3:23-cv-01494-AMO<br><br>*Hon. Araceli Martinez-Olguin*<br><br>**JOINT STIPULATION TO DISMISS PLAINTIFF U.S. SPECIALTY INSURANCE COMPANY'S COMPLAINT AS TO DEFENDANT ROLANDO RAMIREZ DBA GOLDEN COLORS PAINTING, WITH PREJUDICE; [~~PROPOSED~~] ORDER**<br><br>Complaint Filed: March 29, 2023<br>First Amended Complaint Filed: June 22, 2023<br>**Trial: July 28, 2026** |

JOINT STIPULATION TO DISMISS PLAINTIFF U.S. SPECIALTY INSURANCE COMPANY'S COMPLAINT AS TO
DEFENDANT ROLANDO RAMIREZ DBA GOLDEN COLORS PAINTING, WITH PREJUDICE

**TO THE HONORABLE COURT, ALL PARTIES, AND THEIR ATTORNEYS OF RECORD:**

**WHEREAS**, Defendant ROLANDO RAMIREZ DBA GOLDEN COLORS PAINTING ("Defendant") does not have a policy or agreement for insurance in relation to the real property located at 244 Divisadero St., San Francisco, CA 94117 (the "Property") with Plaintiff U.S. SPECIALTY INSURANCE COMPANY ("Plaintiff"), and no such policy or agreement is alleged in Plaintiff's lawsuit; and

**WHEREAS**, Plaintiff insures defendant Winning Colors under a commercial general liability policy of insurance, and an excess insurance policy, and

**WHEREAS** Plaintiff has filed the instant action to obtain an adjudication of its rights, duties and obligations to Winning Colors under the relevant policies, and

**WHEREAS** Defendant has been named as a party defendant in this action to obtain a binding adjudication against them as potential judgment creditors of Plaintiff, and

**WHEREAS,** Defendant has agreed to be bound by any coverage determination herein in exchange for Plaintiff dismissing them from this action with prejudice, and

**WHEREAS**, the Parties have agreed to resolve their dispute and now stipulate for Plaintiff to dismiss Defendant from this action, with prejudice.

**IT IS SO STIPULATED.**

DATED: May 22, 2026

**KAHANA & FELD LLP**

By: _____
Yaron Shaham, Esq.
David C. Portillo, Esq.
Attorneys for Defendant
ROLANDO RAMIREZ DBA GOLDEN
COLORS PAINTING (ERRONEOUSLY
SUED AS GOLDEN COLORS PAINTING,
INC.)

DATED: <u>May 25</u>, 2026

**CLYDE & CO US LLP**

By: <u>/s Courtney Logli</u>

William C. Swallow, CA Bar No. 298461
Jared K. Clapper (*pro hac vice*)
Courtney D. Logli (*pro hac vice*)
Ted A.V. Smith, CA Bar No 159986
John C. Patton (*pro hac vice*)

30 S. Wacker Drive, Suite 2600
Chicago, IL 60606
T: 312.635.7000
bill.swallow@clydeco.us
jared.clapper@clydeco.us
courtney.logli@clydeco.us

150 California St., 15th Floor
San Francisco, CA 94111
T: 415.365.9833
ted.smith@clydeco.us

271 17th Street NW, Suite 1720
Atlanta, GA 30363
T: 404.410.3150
jay.patton@clydeco.us

*Attorneys for Plaintiff U.S. Specialty Insurance
Company*

2

**[PROPOSED] ORDER**

The Court, having reviewed and considered the Parties' Joint Stipulation to Dismiss Plaintiff U.S. Specialty Insurance Company's ("Plaintiff") lawsuit, with prejudice, as to Defendant Rolando Ramirez dba Golden Colors Painting ("Defendant"), and enforce the terms of the Stipulation, and with good cause shown, hereby **ORDERS** the dismissal of Plaintiff's Complaint, with prejudice, as to Defendant, pursuant to Federal Rule of Civil Procedure 41(a)(1)(ii).

~~The Court further ORDERS~~_____.

**IT IS SO ORDERED.**

DATED: ____5/28/2026____

_____
The Honorable Araceli Martínez-Olguín
Judge of the United States District Court
for the Northern District of California

CASE NO.: 3:23-c-01494-AMO